**Dismissed and Memorandum Opinion filed April 25, 2023**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00033-CV

---

### XINHUN HE, Appellant

### V.

### WILLIAM SCOTT HARDING, Appellee

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2021-81116**

---

## MEMORANDUM OPINION

This is an attempted restricted appeal from an order of dismissal signed June 1, 2022. Appellant's notice of appeal was filed January 18, 2023.

The notice of appeal in a restricted appeal must be filed within six months after the judgment or order is signed. *See* Tex. R. App. P. 26.1(c).

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal

beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On March 27, 2023, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.